**RECEIVED**

JAN 0 9 2020 JG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jaiki Bell #M19689

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

LT. TORRES

LT. LES

CTO OBADEIN

CTO SCHNADER

CTO MARISCAL

CTO PAUSCHE

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:20-cv-00173
Judge John Z. Lee
Magistrate Judge Gabriel A. Fuentes
PC7

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Jaiki Bell

    B. List all aliases: — None —

    C. Prisoner identification number: M19689

    D. Place of present confinement: Pontiac South Mental

    E. Address: P.O. Box 99 Pontiac, IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Torres

    Title: Correctional Treatment Officer Supervisor

    Place of Employment: Joliet Treatment Center

    B. Defendant: M. Les

    Title: Correctional Treatment Officer Supervisor

    Place of Employment: Joliet Treatment Center

    C. Defendant: Doaclein

    Title: Correctional Treatment Officer

    Place of Employment: Joliet Treatment Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Schrader
Title: Correctional Treatment Officer
Place of employment: Joliet Treatment Center

E. Defendant: Mariscal
Title: Correctional Treatment Officer
Place of employment: Joliet Treatment Officer

7. Defendant: Pausche
Title: Correctional Treatment Officer
Place of employment: Joliet Treatment Officer

Added page 2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Bell v. Maier 12-cv-1364, Bell v. Bohm 13-1259, Bell v. Whicker 14-1398, Bell v. Baldwin 16-1265

B. Approximate date of filing lawsuit: 2012, 2013, 2014, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ja'Ki Bell

D. List all defendants: J. Whicker, W. Lee, A. Conley, P. Blackwell, J. Liles, B. Maier, B. Schmeltz, A. Bohm, D. Smith, S. Molinero, A. Moss, A. Angus, R. Pfister

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District of Illinois

F. Name of judge to whom case was assigned: (JBM), (MMM), (SLD), (JES)

G. Basic claim made: Excessive force, deliberate indifference, failure to protect, conditions of confinement, inadequate mental health treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (12-1364 Lost) (13-1259 dismissed) (14-1398 Settled) (16-1265 Lost)

I. Approximate date of disposition: (12-1364 (2015), (13-1259 (2014), (14-1398 (2016), (16-1265 (2019))

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

At Approx. 9:05pm on 5/14/19 at Joliet Treatment Center I resident Ja'ki Bell #M19689 ask Lt. Torres could I get a (crisis team) I had been asking for a (PRN) since around 5:00pm after the (correctional treatment officer) "CTO" had passed out dinner trays. CTO Obadein, CTO Schrader, CTO Mariscal, CTO Pausche, CTOs Torres and CTOs Les. came into the 7-A dayroom to lock up all the residents and I resident Ja'ki Bell #M19689 asked "could I be placed in the holding cage til I speak with a crisis team member"? CTOs Torres began to use force on me Ja'ki Bell while in a (waist chain and shackles). CTOs Torres uncuffed the leg shackle from off the waist chain that was connected to the table and grab my right arm and force me toward the A-wing door on 7-A. As CTOs Torres began to do this (CTO Obadein) grab the left arm and start trying to slam me on the floor. That's when I looked back and (CTO Schrader) came from my blind side and pick me up off my feet by the leg shackles. Then I was carried back to my cell by CTOs Torres, CTO Obadein, CTO

4

Schrader & CTO Pausche. After being placed in the cell on the floor in the dark (7-A-8) the leg shackles was taken off my legs and placed around the waist chain, and I heard CTO Miles state "Bring him to his feet". Once I was brung to my feet unknown punches started to hit me and CTOs Torres and CTO Obadein slam me on the bed in a very aggressive manner, I then stated "All I want is a crisis team, why y'all doing all this for"? I was pulled to the door and handcuffed to the cell door for approx. (5 hours) where I urine on myself and defecated standing up. I spoke with Nurse Diana and Nurse Amanda for my crisis assessment and I received medical attention at around 2:15 AM from Nurse Amanda. I showed her my right hand which was swollen and my finger, my left forearm, and the inside of my mouth. CTOs Miles, CTOs Torres, CTO Obadein, CTO Schrader, CTO Mariscal, CTO Pausche acted in a deliberated indifference manner, failure to protect, used excessive force while in handcuffs and shackles. And cruel and unusual punishment. All at the relevant times 9:13 pm til 2:15 AM which the shift had already change to midnight shift and these officers had went home for the day.

5

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation Damages - $125,000

Punitive Damages - $70,000

Injunction Relief - (All officers in this 1983 shall be re-train to work with Mentally Ill offenders and be layed off 6 months without pay)

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5th day of Jan., 20 20

_J. Bell_
(Signature of plaintiff or plaintiffs)

Jack Bell
(Print name)

M19689
(I.D. Number)

Pontiac

(Address)

IN THE
__UNITED STATES DISTRICT COURT__
__NORTHERN DISTRICT OF ILLINOIS__

__JA'KI BELL #M19689__ )
Plaintiff/Petitioner )
)
Vs. ) No. _____
)
__LT. TORRES (ETAL)__ )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: __CLERK OF COURT__   TO: __219 S. Dearborn, 20TH FL.__
   __Chicago, IL, 60604__

PLEASE TAKE NOTICE that at: __11:00__ AM/__PM__ __JANUARY 5__, 20__20__ I placed the documents listed below in the institutional mail at __Pontiac C.C.__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: __1/5/2020__

/s/ __J. Bell__
Name: __JA'KI BELL__
IDOC No. __M19689__
__PONTIAC__ Correctional Ctr.
POB __99__
__PONTIAC__, IL __61764__

Revised 4/15/16